IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>LUIS A. RODRIGUEZ-LARA,<br><br>　　　　　　　　Defendant. | ORDER ADOPTING REPORT & RECOMMENDATION<br><br>Case No.  2:08CR860 DAK |

　　　　On January 27, 2010, the Magistrate Judge issued a Report and Recommendation, recommending that Defendant's Motion to Suppress be denied.  On February 3, 2010, Defendant filed an "Objection to Report and Recommendations."  The "Objection" is not materially different from Defendant's memorandum in support of the motion to suppress and does not specifically address particular factual findings or conclusions of law.

　　　　The court has reviewed the file *de novo*, including Petitioner's "Objections" to the Report and Recommendation.   The court agrees with the Magistrate Judge's thorough findings of fact and conclusions if law and therefore approves and adopts the Magistrate Judge's Report and Recommendation in its entirety.    Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Suppress is DENIED.

　　　　DATED this 23rd day of February, 2010.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DALE A. KIMBALL
　　　　　　　　　　　　　　　　　　　United States District Judge